UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ST. PAUL FIRE AND MARINE INSURANCE COMPANY a/s/o Vintage Rugs, Inc. and VINTAGE RUGS, INC.

Plaintiff,

-v-

TURKISH AIRLINES, INC.

Defendant.

Case No._____

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

defendant TURKISH AIRLINES, INC.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** July 23, 2008

**Signature of Attorney**

**Attorney Bar Code:** DL 0460

Form Rule7_1.pdf   SDNY Web 10/2007