Stephen A. Agus (SA 8594)
28 West 44th Street, Suite 214
New York, New York  10036
Tel:  212-376-5757
Fax:  212-376-5752

Attorneys for Plaintiffs
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY as subrogee of Vintage Rugs,
Inc. and VINTAGE RUGS, INC.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

RECEIVED
AUG 04 2008
BY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY as subrogee of Vintage Rugs, Inc. and VINTAGE RUGS, INC.<br><br>Plaintiffs,<br><br>- against -<br><br>TURKISH AIRLINES, INC.;<br><br>Defendant. | 08 CV 6571 (HB)<br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL** |

WHEREAS, suit was filed on or about June 23, 2008 in the Civil Court for the City of New York, County of New York under Index No. 039975/2008;

WHEREAS, defendant TURKISH AIRLINES, INC. removed this matter pursuant to 28 U.S.C. Sec. 1331 to the U.S. District Court for the Southern District of New York on July 24, 2008;

NOTICE is hereby given, by counsel for plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY as subrogee of Vintage Rugs, Inc. and VINTAGE RUGS, INC. and defendant TURKISH AIR-

1

LINES, INC., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that any and all claims asserted in the above-referenced action be, and the same hereby is, discontinued with prejudice and without costs as against any party.

Dated:    New York, New York
          July 30, 2008

| | |
|---|---|
| AGUS & PARTNERS, P.C.<br>Attorneys for Plaintiffs<br>ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY, et al.<br><br>By: _____<br>Stephen A. Agus (SA 8594)<br>28 West 44th Street, Suite 214<br>New York, New York  10036<br>Tel:  212-376-5757<br>Fax:  212-376-5752 | COZEN O'CONNOR<br>Attorneys for Defendant<br>TURKISH AIRLINES, INC.<br><br>By: _____<br>DAVID Y. LOH (DL 0460)<br>45 Broadway Atrium, Suite 1600<br>New York, New York  10006-3792<br>Tel:  212-509-9400<br>Fax:  212-509-9492<br>File:  225699 |

*The Clerk of the Court is instructed to close this case and remove it from my docket.*

SO ORDERED:

_____ 8/13/08
            U.S.D.J.
Dated:

2